**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 25, 2020

*By ECF and by e-mail*

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Gregory Ferrer*, 17 Cr. 773 (JGK)

---

The conference is adjourned until January 13, 2021, at 9 a.m.

SO ORDERED          /s/ John G. Koeltl
New York, NY              John G. Koeltl
November 25, 2020              U.S.D.J.

---

Dear Judge Koeltl:

    I write on consent (Assistant U.S. Attorney Adam Hobson) to respectfully request that the Court adjourn the conference currently scheduled for December 2, 2020, at 10:00 a.m., for a period of 45 days.

    Mr. Ferrer was arrested on October 28, 2020 for allegedly violating the conditions of his supervised release by possessing two firearms. After being presented before Magistrate Judge Wang, Mr. Ferrer was remanded to the MCC, where he remains. The Government – per Assistant U.S. Attorneys Adam Hobson and Mitzi Steiner – has drafted a new criminal complaint based upon the same conduct alleged in the violation petition, but because of delays related to the pandemic, the complaint has not yet been publicly filed and Mr. Ferrer has not yet been presented on the new charges. Because the resolution of the new substantive case will affect the proceedings on the charged violation, I respectfully request that the Court adjourn the conference for a period of 45 days.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc:   Adam Hobson, Esq., by ECF and by hand
      Mr. Gregory Ferrer, MCC Register Number 79753-054